

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2019

No. 04-19-00376-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd Durden, County Attorney

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Liza A. Rodriguez, Justice

On June 5, 2019, relator filed a petition for writ of mandamus. On June 11, 2019, this court issued an order stating that any response from the respondents and any other real party in interest was due no later than June 27, 2019. On June 16, 2019, counsel for Maria Villareal Cervantez filed a response in which she joined in and adopted the arguments presented in the petition for writ of mandamus.

On June 19, 2019, real party in interest Kinney County filed a motion to dismiss asserting (1) relator lacks standing to bring the petition on behalf of the State of Texas and Ms. Cervantez, (2) Ms. Cervantez has an adequate remedy at law, (3) relator waived any right to mandamus relief, and (4) the issue presented in the petition is now moot based on the "Sua Sponte Findings and Order Regarding Funds Deposited Prior to Plea" signed by Judge Tully Shahan on June 18, 2019.

Relator is hereby ORDERED to file, no later than July 8, 2019, either (1) a response explaining why this original proceeding should not be dismissed or (2) a motion to dismiss this original proceeding.

It is so **ORDERED** on June 21, 2019.

---

[1] This proceeding arises out of Cause Nos. 10005CR, et al., styled *The State of Texas v. Maria Villarreal Cervantes, et al.*, pending in the County Court, Kinney County, Texas. The Honorable James T. Shahan and the Honorable Enrique Fernandez are the respondents.

PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court